# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1760
LT Case No. 55-2001-CF-2098-A

_____

DAVID JOSEPH NORTHUP,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

David Joseph Northrup, Graceville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

November 14, 2025

PER CURIAM.

Appellant appeals the trial court's denial of his petition for writ of habeas corpus in St. Johns County Circuit Court Case No. 55-2001-CF-2098-A. We affirm the trial court's order and caution Appellant that abusive, repetitive, malicious, or frivolous filings directed to St. Johns County Circuit Court Case No. 55-2001-CF-2098-A may result in sanctions such as a bar on pro se filing in this

Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time.  *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED and APPELLANT CAUTIONED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————